FILED
CHARLOTTE, NC

APR 19 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:23-cr-98-FDW |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| (1) TRESSA NICHOLE BAUCOM and | ) | Violations: |
| (2) JENNINGS PETER KEZIAH, | ) | |
| a/k/a "Christian Thomas Carpenter" | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 1708 |
| | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 2 |
| | ) | |
| | ) | **UNDER SEAL** |

THE GRAND JURY CHARGES:

At the specified time and at all relevant times:

### Introduction

1. Defendant TRESSA NICHOLE BAUCOM ("BAUCOM") was a resident of Charlotte, North Carolina.

2. Defendant JENNINGS PETER KEZIAH, also known as Christian Thomas Carpenter ("KEZIAH"), was a resident of Stanley, North Carolina.

3. Beginning in or about October 2021 and continuing through at least on or about December 7, 2021, Defendants BAUCOM and KEZIAH and others known and unknown to the Grand Jury, engaged in a mail theft conspiracy and wire fraud scheme in and around Charlotte and Gastonia, North Carolina, as well as in and around South Carolina, and elsewhere, designed to obtain money through false and fraudulent pretenses. BAUCOM, KEZIAH, and others known and unknow to the Grand Jury, stole large quantities of U.S. mail from residential mailboxes, including checks, credit cards, gift cards, driver's licenses, bank and other financial statements, packages, and other personal identifying information (hereinafter "mail matter").

4. Once in possession of the mail matter, BAUCOM, KEZIAH, and others caused, and attempted to cause, monetary losses by utilizing the stolen mail matter, including identity victims' credit cards, to make personal expenditures.

5. On or about December 7, 2021, in York County, South Carolina, BAUCOM and KEZIAH were in possession of more than 3,700 individual pieces of mail matter stolen from residential mailboxes within the Western District of North Carolina, and elsewhere, including approximately:

a. fifty (50) stolen credit cards;
   b. five (5) stolen driver's licenses;
   c. one (1) stolen U.S. Passport;
   d. one (1) stolen UBS check belonging to Victim J.K. in the approximate amount of $142,249;
   e. one (1) stolen Truist Bank check belonging to Victim A.R. in the approximate amount of $107,943;
   f. one (1) Truliant Federal Credit Union check belonging to Victim N.J. in the approximate amount of $9,000;
   g. eighteen (18) pieces of mail matter belonging to victims with residences on Mount Isle Harbor Drive in Charlotte, North Carolina; and
   h. two (2) pieces of mail matter belonging to victims with residences on Greenbank Court in Charlotte, North Carolina.

6. BAUCOM and KEZIAH were also in possession of items purchased using the stolen credit cards, as well as one (1) stolen United States Postal Service key.

## Overt Acts

7. On or about October 26, 2021, BAUCOM and KEZIAH fraudulently used a Visa credit card ending in x0155 in the name of Victim A.E. that had been stolen from the mail to purchase gas and personal items at a QuickTrip in Gastonia, North Carolina.

8. On or about October 27, 2021, BAUCOM and KEZIAH fraudulently used a Visa credit card ending in x0155 in the name of Victim A.E. that had been stolen from the mail to purchase personal items at a Walmart in Gastonia, North Carolina.

9. On or about November 7, 2021, BAUCOM and KEZIAH opened mail collection boxes and stole and attempted to steal mail located on Greenbank Court in Charlotte, North Carolina.

10. On or about November 19, 2021, BAUCOM and KEZIAH fraudulently used a Best Buy credit card ending in x2600 in the name of Victim R.S. that had been stolen from the mail to purchase items at a Best Buy in Gastonia, North Carolina.

11. On or about November 22, 2021, BAUCOM and KEZIAH opened mail collection boxes and stole and attempted to steal mail located on Greenbank Court in Charlotte, North Carolina.

12. On or about November 23, 2021, BAUCOM and KEZIAH opened mail collection boxes and stole and attempted to steal mail located on Greenbank Court in Charlotte, North Carolina.

13. On or about November 30, 2021, BAUCOM and KEZIAH opened mail collection boxes and stole and attempted to steal mail located on Greenbank Court in Charlotte, North Carolina.

14. On or about December 1, 2021, BAUCOM and KEZIAH opened a mail collection box located on Fairway View Drive in Charlotte, North Carolina.

15. On or about December 4, 2021, BAUCOM and KEZIAH opened a mail collection box located on Dryden Lane in Charlotte, North Carolina.

16. On or about December 3, 2021, BAUCOM and KEZIAH fraudulently used a Mastercard credit card ending in x4986 in the name of Victim B.W. that had been stolen from the mail to purchase personal items at Academy Sports + Outdoors in Gastonia, North Carolina.

## COUNT ONE
(Conspiracy to Possess Stolen Mail – 18 U.S.C. § 371)

17. The Grand Jury realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 16 of the Bill of Indictment, and further alleges that:

18. Beginning in or about October 2021 and continuing through on or about December 7, 2021, in Mecklenburg County and Gaston County, within the Western District of North Carolina, and elsewhere, Defendants,

**(1) TRESSA NICHOLE BAUCOM and
(2) JENNINGS PETER KEZIAH,
a/k/a "Christian Thomas Carpenter,"**

did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to commit offenses against the laws of the United States, that is: to knowingly possess stolen mail in violation of Title 18, United States Code, Section 1708.

### Object of the Conspiracy

19. It was an object of the conspiracy that BAUCOM, KEZIAH, and others known and unknown to the Grand Jury, knowingly stole, took, and possessed mail matter from and out of mailboxes in and around Charlotte and Gastonia, North Carolina, and elsewhere.

### Manner and Means

20. BAUCOM, KEZIAH, and others knows and unknown to the Grand Jury, carried out the conspiracy in the manner and means described in paragraphs 3 through 6 of this Bill of Indictment, among others.

### Overt Acts

21. In furtherance of the conspiracy, and to effect the objects thereof, BAUCOM, KEZIAH, and others known and unknown to the Grand Jury, committed the affirmative acts described in paragraphs 7 through 16, among others, in the Western District of North Carolina, and elsewhere.

All in violation of Title 18, United States Code, Section 371.

4

## COUNT TWO
(Possession of Stolen Mail – 18 U.S.C. §§ 1708 and 2)

22. The Grand Jury realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 16 of the Bill of Indictment, and further alleges that:

23. Between on or about October 26, 2021 and on or about October 27, 2021, in Mecklenburg County and Gaston County, in the Western District of North Carolina, Defendants,

**(1) TRESSA NICHOLE BAUCOM and
(2) JENNINGS PETER KEZIAH,
a/k/a "Christian Thomas Carpenter,"**

did unlawfully have in their possession a Visa credit card belonging to Victim A.E. which had been stolen, taken, embezzled, and abstracted from a letter box which was an authorized depository for mail matter, knowing the said credit card to have been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Sections 1708 and 2.

5

## COUNT THREE
(Possession of Stolen Mail – 18 U.S.C. §§ 1708 and 2)

24. The Grand Jury realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 16 of the Bill of Indictment, and further alleges that:

25. On or about November 19, 2021, in Gaston County, in the Western District of North Carolina, Defendants,

**(1) TRESSA NICHOLE BAUCOM and
(2) JENNINGS PETER KEZIAH,
a/k/a "Christian Thomas Carpenter,"**

did unlawfully have in their possession a Best Buy credit card belonging to Victim R.S. which had been stolen, taken, embezzled, and abstracted from a letter box which was an authorized depository for mail matter, knowing the said credit card to have been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT FOUR
(Possession of Stolen Mail – 18 U.S.C. §§ 1708 and 2)

26. The Grand Jury realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 16 of the Bill of Indictment, and further alleges that:

27. On or about December 3, 2021, in Gaston County, in the Western District of North Carolina, Defendants,

**(1) TRESSA NICHOLE BAUCOM and
(2) JENNINGS PETER KEZIAH,
a/k/a "Christian Thomas Carpenter,"**

did unlawfully have in their possession a Mastercard credit card belonging to Victim R.S. which had been stolen, taken, embezzled, and abstracted from a letter box which was an authorized depository for mail matter, knowing the said credit card to have been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT FIVE
(Wire Fraud Scheme – 18 U.S.C. § 1343)

28. The Grand Jury realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 16 of the Bill of Indictment, and further alleges that:

29. Between in or around October 2021 through at least on or about December 7, 2021, within the Western District of North Carolina, and elsewhere, Defendants,

**(1) TRESSA NICHOLE BAUCOM and
(2) JENNINGS PETER KEZIAH,
a/k/a "Christian Thomas Carpenter,"**

with the intent to defraud, did knowingly and intentionally devise the above described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice to defraud, did cause to be transmitted by means of wire communication in interstate and foreign commerce, any writing, sign, signal, picture, or sound, namely, interstate wires, including, among others: wires associated with credit card purchases.

All in violation of Title 18, United States Code, Section 1343.

8

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 982 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 982 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment; and

b. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant(s) to the extent of the value of the property described in (a).

A TRUE BILL:

FORERERSON

DENA J. KING
UNITED STATES ATTORNEY

CASSYE COLE
ASSISTANT UNITED STATES ATTORNEY