# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. Tressa Nichole Baucom and Jennings Peter Keziah

Case Number: 3:23-cr-98

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | n/a | 5 years / $250,000 Fine / 3yrs of SR |
| 2-4 | 18 U.S.C. § 1708 | n/a | 5 years / $250,000 Fine / 3yrs of SR |
| 5 | 18 U.S.C. § 1343 | n/a | 20 years / $250,000 Fine / 3yrs of SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? N/A
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? N/A
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? N/A
* 18 U.S.C. 924(c) only

Brandish ☐
Discharge ☐