IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA )     Docket No. 3:23-**CR**-98-FDW

                                              )

v.                                           )     **ORDER TO UNSEAL THE**
                                              )     **BILL OF INDICTMENT**

(1) TRESSA NICHOLE BAUCOM and )
(2) JENNINGS PETER KEZIAH,        )
a/k/a "Christian Thomas Carpenter"  )

                                              )

UPON MOTION of the United States of America, by and through Dena J. King, United

States Attorney for the Western District of North Carolina, for an order directing that the Bill of

Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant

investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to Defense Counsel, U.S. Probation

Office, U.S. Marshal Service, and the United States Attorney's Office.

This the 20 day of April, 2023.

SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE